# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

_Michele Pearson_ )
)
_____, )  14CV9993
) JUDGE SHAH
) MAG. JUDGE ROWLAND
**Plaintiff(s),** )
)
vs. ) Case No.
)
_Chicago Housing Authority,_ )
_H.J Russell_ )
_____, )
)
**Defendant(s).** )

_Ann Boy, Eric Garrett, Michael Tucker, Seven Hinton, Jadine Chou, Sherry Tucker, Karen Smith Barge, Mr. Khan_

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

_This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case._

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _Michele Yvonne Pearson_.

_If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet._

1

4. Defendant, *Eric Garrett, Director of asset Management CHA* is
   (name, badge number if known)

   ☐ an officer or official employed by *The Chicago Housing Authority*
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is _____. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about *10/20/10 - continues 2014*, at approximately *9-5:00 pm*. ☑ a.m. ☑ p.m.
   (month, day, year)

   plaintiff was present in the municipality (or unincorporated area) of *Cabrini Rowhouses, Downtown office court*, in the County of *Cook*,

   State of Illinois, at *20 W. Van Buren, 900 N. Hudson, Daley Courthouse*
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other; *cursing and Verbal abuse - to take away any rights in relation to Chicago Housing Authority*

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☒ Other: _Freedom of Religion, Retaliation because of complaints to the Department of Housing and Urban Development_

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

The Chicago Housing Authority has stated that every tenant must be employed, in school or doing volunteer work. They have issued a three day notice on three separate occasions stating that Jehovah's Witnesses are not a real religion (Matthew 28:19,20) and therefore our ministry school, preaching God's Kingdom (335 lands) activity as God ordained ministers and volunteer work which includes reading comprehension are not valid, therefore I must be evicted. Complaints to ~~the~~ Rahm Emanuel (mayor) and Steven Miss (director, HUD) have resulted in theft, forgery, verbal abuse, illegal entries into home, denied help for gas allottment and when asked where I wanted to (wanted Parkside townhomes) relocate (townhome being renovated) was denied because I do

11. Defendant acted knowingly, intentionally, willfully and maliciously. nothing, my religion nothing, can't go do here I want. Stuck in moldy home and drug activity filled neighbor (848)

12. As a result of defendant's conduct, plaintiff was injured as follows:

neighbor has (18) non lease holders ~~though~~ ~~home~~ ~~relatives~~ ~~although~~ all are on parole or probation. Have police reports 2043, H court cases non compliant about everything

13. Plaintiff asks that the case be tried by a jury.  ☑ Yes  ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Michele Pearson

Plaintiff's name *(print clearly or type)*: Michele Pearson

Plaintiff's mailing address: ~~[redacted]~~ sorry 846 N. Cambridge

City Chicago  State Illinois  ZIP 60610

Plaintiff's telephone number: (312) 280-5473

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

If yes, please list the cases below. 2013 (I'm sorry)

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*